IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NATHAN C. BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:08-CV-488-WKW |
| | ) | |
| A.L. HILL, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the court is the Report and Recommendation of the Magistrate Judge (Doc. # 17) and the Motion to Dismiss (Doc. # 15) filed by Defendant A.L. Hill.  There being no objections filed to the Report and Recommendation of the Magistrate Judge, and upon an independent review of the file, it is ORDERED that the Report and Recommendation is adopted.  Defendant A.L. Hill's Motion to Dismiss is GRANTED and Plaintiff Nathan C. Bell's claims are DISMISSED without prejudice for lack of subject matter jurisdiction.

An appropriate judgment will be entered.

DONE this 12th day of November, 2008.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE